| | | |
|---|---|---|
| OBED ROBERTO AZUCENA-MANCIA | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 4:18CV289 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 4, 2018, the report of the Magistrate Judge [Dkt. 15] was entered containing proposed findings of fact and recommendations that Plaintiff Obed Roberto Azucena-Mancia's Motion for Return of Seized Property [Dkt. 1] be denied and the case be dismissed.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff Obed Roberto Azucena-Mancia's Motion for Return of Seized Property [Dkt. 1] is **DENIED**.  It is further,

**ORDERED** that the entirety of Plaintiff's claims against Defendant is **DISMISSED**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 9th day of January, 2019.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE